**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : Nos. 13 & 14 MM 2023
:
Respondent :
:
:
:
v. :
:
:
BRIAN PHILIP BENNETT, :
:
Petitioner :

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of April, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.